BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501-I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2738

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:03-cr-00285-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO DISMISS INDICTMENT** |
| v. | ) | **AND ORDER** |
| | ) | |
| ARMANDO GONZALEZ, and | ) | |
| ELVIA "ADRIANA" RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MOTION**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order

//
//
//
//
//
//
//

1

dismissing the Indictment against Defendants ARMANDO GONZALEZ and ELVIA "ADRIANA" RAMIREZ.

DATED: November 1, 2012                BENJAMIN B. WAGNER
                                       United States Attorney

                                       By /s/ Tice-Raskin
                                       S. ROBERT TICE-RASKIN
                                       Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2